**Entered on Docket
October 05, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS
BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>LINDA T NEAL ,<br><br>        Debtor(s). | Bankruptcy Case No. BK-S-09-23392-mkn<br>Chapter 7<br><br>WACHOVIA MORTGAGE, FSB, FKA<br>WORLD SAVINGS BANK, FSB'S ORDER<br>TERMINATING AUTOMATIC STAY<br>Date:    September 16, 2009<br>Time:   1:30 P.M. |

/./././

/./././

/./././

/./././

1  A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings

2  Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the

3  United States Bankruptcy Court before the Honorable Mike K. Nakagawa.

4  The court having duly considered the papers and pleadings on file herein and

5  being fully advised thereon and finding cause therefor:

6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

7  The automatic stay of 11 United States Code section 362 is hereby immediately

8  terminated as it applies to the enforcement by Movant of all of its rights in the real property

9  under the Note and Deed of Trust encumbering the real property commonly known as 3831

10 Terrazzo Avenue, Las Vegas, Nevada 89115 ("Real Property"), which is legally described as:

11

12  SEE LEGAL DESCRIPTION ATTACHED
    HERETO AS EXHIBIT A AND MADE A PART
13  HEREOF.

14

15  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

16 offer and provide Debtor with information re: a potential Forbearance Agreement, Loan

17 Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

18 may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to

19 enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this

20 bankruptcy case.

21

22  APPROVED/DISAPPROVED

23

24  _____
    TIMOTHY S. CORY
25  TRUSTEE

26  /./././

27  /./././

28  /./././

1   <u>ALTERNATIVE METHOD re: RULE 9021</u>:

2   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3   ☐   The court has waived the requirement of approval under LR 9021.

4   ☐   No parties appeared or filed written objections, and there is no trustee appointed in the

5   case.

6
7   ☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

8   any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

9   and each has approved or disapproved the order, or failed to respond, as indicated below [list

10  each party and whether the party has approved, disapproved, or failed to respond to the

11  document]:

12  ☐   Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

13  ☐   Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

14  ☒   Failed to respond. - Trustee

15                                              ###

16
17  Submitted by:

18  <u>/s/ JACQUE A. GRUBER</u>
    4375 Jutland Drive, Suite 200
19  P.O. Box 17933
    San Diego, CA 92177-0933
20  (858) 750-7600
    NV Bar #11385
21  Attorney for WACHOVIA
    MORTGAGE, FSB, FKA
22  WORLD SAVINGS BANK, FSB

23

24

25

26

27

28

WORLD SAVINGS BANK, FSB

# E X H I B I T "A"
## LEGAL DESCRIPTION

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF CLARK
STATE OF NEVADA * * * * * * * , DESCRIBED AS FOLLOWS

PARCEL I: LOT ONE (1) IN BLOCK TWELVE (12) OF SPRINGTERRACE, AS
SHOWN BY MAP THEREOF ON FILE IN BOOK 31 OF PLATS, PAGE 41, IN THE
OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND BY
AMENDED MAPS ON FILE IN BOOK 33 OF PLATS, PAGE 82, AND IN BOOK 36
OF PLATS, PAGE 33, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK
COUNTY, NEVADA. PARCEL II: A NON-EXCLUSIVE EASEMENT FOR INGRESS
AND EGRESS OVER THAT PORTION OF SPRINGTERRACE DELINEATED AS
"PRIVATE DRIVE, COMMON AREA, AND PUBLIC UTILITY EASEMENT" ON THE
PLAT OF SAID SUBDIVISION SHOWN HEREINABOVE EXCEPTING THEREFROM
THE EXCLUSIVE RIGHT TO POSSESSION OF ALL THOSE AREAS DESIGNATED
AS PARKING SPACES ON THE MAP AND AS DEFINED IN SAID DECLARATION.
PARCEL III: AN EXCLUSIVE EASEMENT UPON, OVER AND UNDER AND ACROSS
THE CARPORT PARKING EASEMENT AS PROVIDED UNDER ARTICLES 11,
SECTION 3 OF THE DECLARATION OF COVENANTS, CONDITIONS AND
RESTRICTIONS AS RECORDED ON JANUARY 8, 1985, AS DOCUMENT NO.
OFFICIAL RECORDS.

GF430A1 (02.15 01/1-01) R30A
REV. (07.15 01/2-01)

NV